

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00670-CV

DAVID AIRHART
v.
TIDAL PETROLEUM, INC.

On Appeal from the
25th District Court of Gonzales County, Texas
Trial Cause No. 26,053

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against the party incurring same.

We further order this decision certified below for observance.

May 17, 2018